IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) C. CRAIG COLE AND <br> (2) RUBY COLE, <br> husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> (1) WEST AMERICAN INSURANCE COMPANY, <br> (2) SAFECO INSURANCE COMPANY, <br> (3) LIBERTY MUTUAL INSURANCE COMPANY, <br> (4) OHIO CASUALTY INSURANCE COMPANY, and, <br> (5) AMERICA FIRST INSURANCE COMPANY <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: 14-cv-445-C |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS, LIBERTY MUTUAL INSURANCE COMPANY AND <u>OHIO CASUALTY INSURANCE COMPANY</u>**

Plaintiffs, C. Craig Cole and Ruby Cole, and the Defendants, West American Insurance Company, Safeco Insurance Company, Liberty Mutual Insurance Company, Ohio Casualty Insurance Company, and America First Insurance Company, hereby stipulate to a dismissal without prejudice of the Defendants, Liberty Mutual Insurance Company and Ohio Casualty Company. This dismissal without prejudice shall be as to the Defendants, Liberty

1

Mutual Insurance Company and Ohio Casualty Company only, and all other claims are specifically reserved against the remaining Defendants, West American Insurance Company, Safeco Insurance Company, and America First Insurance Company.

          **CATHCART & DOOLEY**

          s/Virginia Cathcart Holleman
          Virginia Cathcart Holleman, OBA #15422
          W. R. Cathcart, OBA #1566
          2807 Classen Boulevard
          Oklahoma City, Oklahoma 73106
          Phone: 405/524-1110
          Fax: 405/524-4143
          vholleman@cathcartdooley.com
          bcathcart@cathcartdooley.com


          s/Barbara K. Buratti
          Barbara K. Buratti
          Tim Cain
          Wilson, Cain, Acquaviva Law Firm
          300 N.W. 13th Street, Suite 300
          Oklahoma City, OK 73103-3739
          Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Barbara K. Buratti
Tim Cain
Wilson, Cain, Acquaviva Law Firm
300 N.W. 13th Street, Suite 300
Oklahoma City, OK 73103-3739
Attorney for Defendants

                                               s/Virginia Cathcart Holleman
                                               Virginia Cathcart Holleman