IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) C. CRAIG COLE AND (2) RUBY COLE, husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> (1) WEST AMERICAN INSURANCE COMPANY, (2) SAFECO INSURANCE COMPANY, and (3) AMERICA FIRST INSURANCE COMPANY, <br><br> Defendants. | Case No.: 14-cv-445-C |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims has been made between and among the parties, with each party to bear his or its own attorney fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

Respectfully submitted,

/s/ *W.R. Cathcart*
W.R. Cathcart, OBA #1566
2807 Classen Boulevard
Oklahoma City, OK 73106
Phone: 405-524-1110
Facsimile: 405-524-4143

*Attorney for Plaintiffs*

/s/ *Tim D. Cain*
Tim D. Cain, OBA #11779
Barbara K. Buratti, OBA #12231
TimC@wcalaw.com
BarbaraB@wcalaw.com
WILSON, CAIN & ACQUAVIVA
300 Northwest 13th Street, Suite 100
Oklahoma City, Oklahoma 73103
Telephone: (405) 236-2600
Facsimile: (405) 236-2607
*Attorneys for Defendants, West American Insurance Company, Safeco Insurance Company and America First Insurance Company*